1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICTOR VARGAS-CHAVEZ, ) <br> ) <br> Defendant. ) <br> _____) | D.C. NO. 2-11-mj-284 DAD <br><br> APPLICATION AND ORDER <br> FOR UNSEALING COMPLAINT |

On September 8, 2011, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: October 18, 2011                      BENJAMIN B. WAGNER
                                             United States Attorney


                                             By:/s/ Paul A. Hemesath
                                                PAUL A. HEMESATH
                                                Assistant U.S. Attorney

                                      ORDER
SO ORDERED:

DATED: October 18, 2011                      /s/ Carolyn K. Delaney
                                             HON. CAROLYN K. DELANEY
                                             U.S. Magistrate Judge